IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**GREGORY JEFFRIES**                                                                 **PLAINTIFF**

v.                            **CASE NO. 2:24-CV-00118-BSM**

**TRANSHORN TRUCKING, LLC,** *et al.*                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE